[Cite as *01/16/2003 Case Announcements,* 2003-Ohio-125.]

## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*January 16, 2003*

### MERIT DECISIONS WITHOUT OPINIONS

2002–2047.  **Rupple v. Moore.**
Ashland App. No. 02COA003, 2002-Ohio-4873. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.
   RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.
   MOYER, C.J., and COOK, J., would accept on Question No. II.
   O'CONNOR, J., would accept.